# UNITED STATES DISTRICT COURT

_____ EASTERN _____ **District of** _____ CALIFORNIA _____

DEBRA STEWART,
   Plaintiff

  V.

COMMISSIONER of SOCIAL SECURITY,
   Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:09-AT-00871

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   3rd   day of   November  ,   2009  .

                 /s/ Sandra M. Snyder
                 Signature of Judicial Officer

                 SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                 Name and Title of Judicial Officer