# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA STEWART,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 1:09-cv-1928 SKO<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>(Doc. 19) |

　　　Based on the parties' June 15, 2011, Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 19),

　　　IT IS HEREBY ORDERED THAT fees and expenses in the amount of $4,200, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the June 15, 2011, stipulation.

IT IS SO ORDERED.

**Dated:   June 16, 2011**　　　　　　　　　　　　　／s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE