Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Debra Stewart

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA STEWART, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant ) <br> ) <br> _____ ) | Case No.: 1;-09-cv-01928 SKO <br><br> **AMENDED ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

On June 15, 2011, the parties filed a stipulation requesting that the Court issue an order awarding Plaintiff $4,200 in fees and costs pursuant to 28 U.S.C. 2412(d) and 28 U.S.C. § 1920.  (Doc. 19.)  The Court granted the parties' stipulated request.  (Doc. 20.)

On June 20, 2011, the parties filed a stipulation requesting that the Court issue an amended order as the parties seemingly agreed to an incorrect amount of fees ($4,200) in their June 15, 2011, stipulation.  The parties request that the amended order award Plaintiff $3,800 in fees and costs.  (Doc. 21.)

///

///

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff is awarded $3,800.00 in fees and costs as authorized by 28 U.S.C. § 2412 and subject to the terms of the Amended Stipulation (Docket 21); and

2. The parties' prior Stipulation and proposed order (Docket 19) and the Court's order approving (Docket 20) are STRICKEN.

IT IS SO ORDERED.

Dated:   **June 20, 2011**                          **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE